```
Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone (559) 431-9710
Facsimile (559) 431-4108
```

Attorney for Defendant, ELIZABETH MARIE BONILLA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 05 CR 00351 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING AND |
| vs. ) | ORDER THEREON |
| ) | |
| ELIZABETH MARIE BONILLA ) | |
| ) | HEARING DATE: July 9, 2012 |
| ) | TIME: 10:00 a.m. |
| Defendants. ) | Honorable Anthony W. Ishii |
| ) | |
| _____) | |

## **STIPULATION**

It is hereby stipulated by and between the parties hereto that the sentencing hearing in the above entitled matter now set for

July 9, 2012, may be continued to October 22, 2012 at 10:00 a.m.

Good cause exists to continue sentencing hearing in order to allow Defendant Bonilla additional time to participate in the residential drug treatment program at Tranquility House in Merced, California.

DATED: July 2, 2012          FLETCHER & FOGDERUDE, Inc.

                             /s/ Eric K. Fogderude
                             ERIC K. FOGDERUDE
                             Attorney for Defendant,

ELIZABETH BONILLA


Dated: July 2, 2012                Benjamin B. Wagner
                                   United States Attorney


                                   /s/
                                   DUCE RICE
                                   Assistant US Attorney


Dated: July 2, 2012


                                   /s/
                                   CASEY HORNER
                                   US Probation Officer


**ORDER**

   IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd.(h)(8)(A) and (B).  For the above stated reasons, the court finds that the ends of justice served by the dely outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the court grants the stipulation that the sentencing hearing be continued to October 22, 2012 at 10:00 a.m.


IT IS SO ORDERED.

Dated:   July 2, 2012                _____
                                     CHIEF UNITED STATES DISTRICT JUDGE