```
Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone (559) 431-9710
Facsimile (559) 431-4108
```

Attorney for Defendant, ELIZABETH MARIE BONILLA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>        Plaintiff,          )<br>                             )<br> vs.                         )<br>                             )<br>                             )<br> ELIZABETH MARIE BONILLA     )<br>                             )<br>                             )<br>        Defendants.          )<br>                             )<br> _____ ) | CASE NO. 05 CR 00351 AWI<br><br>STIPULATION TO CONTINUE<br>STATUS HEARING, AND<br>ORDER THEREON<br><br><br><br>HEARING DATE: October 22, 2012<br>TIME: 10:00 a.m.<br>Honorable Anthony W. Ishii |

## **STIPULATION**

It is hereby stipulated by and between the parties hereto that the status hearing in the above entitled matter now set for October 22, 2012, may be continued to March 4, 2013 at 10:00 a.m.

Good cause exists to continue status hearing in order to allow Defendant Bonilla additional time to participate in a drug treatment program counseling under the supervision of her U.S. Probation Officer.

DATED: October 15, 2012        FLETCHER & FOGDERUDE, Inc.


                                /s/ Eric K. Fogderude
                                ERIC K. FOGDERUDE
                                Attorney for Defendant,
                                ELIZABETH BONILLA

Dated: October 15, 2012          Benjamin B. Wagner
                                 United States Attorney

                                  /s/
                                 DUCE RICE
                                 Assistant US Attorney

Dated: October 15, 2012

                                  /s/
                                 CASEY HORNER
                                 US Probation Officer

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd.(h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the dely outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the court grants the stipulation that the Status hearing be continued to March 4, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 16, 2012                    _____
                                             CHIEF UNITED STATES DISTRICT JUDGE